IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-01633-BNB

CASEY BERNARD RODRIGUEZ,

    Plaintiff,

v.

R. WILEY, Warden,

    Defendant.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

SEP 11 2008

GREGORY C. LANGHAM
                CLERK

## ORDER DISMISSING CASE

Plaintiff Casey Bernard Rodriguez, a federal prisoner housed in the State of Colorado, initiated this action by filing a pleading titled, "Notice of Abuse and Retaliation." On August 6, 2008, Magistrate Judge Boyd N. Boland ordered Plaintiff to file his claims on a Prisoner Complaint form and to submit a Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915. As opposed to complying with the August 6, 2008, Order, Plaintiff filed a Motion of Voluntary Dismissal and Preservation.

In the Motion, Plaintiff states that he needs additional time to research his claims and to exhaust his remedies. The Court must construe the Motion liberally because Plaintiff is a *pro se* litigant. See *Haines v. Kerner*, 404 U.S. 519, 520-21 (1972); *Hall v. Bellmon*, 935 F.2d 1106, 1110 (10th Cir. 1991).

Rule 41(a)(1)(A) provides that "the plaintiff may dismiss an action without a court order by filing: (i) a notice of dismissal before the opposing party serves either an answer or of a motion for summary judgment . . . ." No answer has been filed by

Defendants in this action. Further, a voluntary dismissal under Rule 41(a)(1)(A)(i) is effective immediately upon the filing of a written notice of dismissal, and no subsequent court order is necessary. *See* J. Moore, Moore's Federal Practice ¶ 41.02(2) ($2^d$ ed. 1995); **Hyde Constr. Co. v. Koehring Co.**, 388 F.$2^d$ 501, 507 (10th Cir. 1968).

The Court, therefore, will construe the Motion as a Notice of Dismissal filed pursuant to Rule 41(a)(1)(A)(i). The file will be closed as of September 3, 2008, the date the Notice was filed with the Court. *See **Hyde Constr. Co.***, 388 F.$2^d$ at 507. Accordingly, it is

ORDERED that the Motion of Voluntary Dismissal and Preservation, (Doc. No. 4), is construed as a Notice of Dismissal filed pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) and is effective as of September 3, 2008, the date Plaintiff filed the Notice in the action.

DATED at Denver, Colorado, this 11 day of Sept., 2008.

BY THE COURT:

ZITA L. WEINSHIENK, Senior Judge
United States District Court

2

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 08-cv-01633-BNB

Casey Bernard Rodriguez
Reg. No. 08561-097
ADX - Florence
PO Box 8500
Florence, CO 81226

    I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on 9/11/08

GREGORY C. LANGHAM, CLERK

By: _____
Deputy Clerk